IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00484-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DOUGLAS EDWARD JAMES,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    Due to a conflict on the Court's calendar, it is

    ORDERED that the Trial Preparation Conference set for **January 22, 2010 at 8:00 a.m.** is VACATED and RESET for **January 20, 2010 at 3:30 p.m.**

    DATED January 7, 2010.